1  COURTNEY C. WENRICK (State Bar No. 286380)
   ccw@severson.com
2  SEVERSON & WERSON
   A Professional Corporation
3  The Atrium
   19100 Von Karman Avenue, Suite 700
4  Irvine, California 92612
   Telephone: (949) 442-7110
5  Facsimile: (949) 442-7118

6  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
7  REBECCA S. SAELAO (State Bar No. 222731)
   rss@severson.com
8  SEVERSON & WERSON
   A Professional Corporation
9  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
10 Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

11
   Attorneys for Defendant
12 CREDIT ACCEPTANCE CORPORATION

13
                **UNITED STATES DISTRICT COURT**
14
      **EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION**
15

| | |
|---|---|
| MARIAH BOYKINS, | Case No. 2:16-cv-01448-JAM-AC |
| Plaintiff, | Hon. John A. Mendez<br>Courtroom 6, 14th Floor |
| vs. | **NOTICE OF SETTLEMENT** |
| CREDIT ACCEPTANCE CORPORATION, and DOES 1 through 10, inclusive, | Action Filed:      May 16, 2016 |
| Defendant. | |

16

17

18

19

20

21

22

23

24

25

26

27

28

10858.0062/8975116.1

1    PLEASE TAKE NOTICE THAT Plaintiff Mariah Boykins ("Plaintiff") and Defendant

2  Credit Acceptance Corporation ("Credit Acceptance") (collectively the "parties") have reached an

3  agreement on all material terms required to settle this matter and are in the process of documenting

4  said settlement.

5    The parties anticipate that the performance of the terms of the settlement agreement will be

6  completed within sixty (60) days of the date of this notice, at which time Plaintiff shall file a

7  Stipulation for Dismissal of this matter.

8    All other signatories listed, and on whose behalf the filing is submitted, concur in the

9  filing's content and have authorized the filing.

10  DATED:  October 25, 2016              SEVERSON & WERSON
                                          A Professional Corporation
11

12

13                                        By:    _/s/ Courtney C. Wenrick_____
                                                      Courtney C. Wenrick
14
                                          Attorneys for Defendant CREDIT ACCEPTANCE
15                                        CORPORATION

16

17  DATED:  October 25, 2016              THE LAW OFFICE OF L. PAUL MANKIN

18

19                                        By:    _/s/ L. Paul Mankin_____
                                                      L. Paul Mankin
20

21                                        Attorneys for Plaintiff MARIAH BOYKINS

22

23

24

25

26

27

28

10858.0062/8975116.1

                                                              NOTICE OF SETTLEMENT

<strong><u>PROOF OF SERVICE</u></strong>

1

2   At the time of service, I was over 18 years of age and not a party to this action.  I am
employed in the County of Orange, State of California.  My business address is The Atrium,
3   19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

4   On October 25, 2016, I served true copies of the following document(s): **NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

5

6   L. Paul Mankin, Esq.                     Attorneys for Plaintiff
The Law Office of L. Paul Mankin          Mariah Boykins
4655 Cass St., Suite 112
7   San Diego, CA 92109                      Telephone:   800-219-3577
                                         Facsimile:   323-207-3885
8                                            E-Mail:      pmankin@paulmankin.com

9   [X]   **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the
document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case
10  who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case
who are not registered CM/ECF users will be served by mail or by other means permitted by the
11  court rules.

12  I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.  I declare that I am employed in the office of a member of the bar of
13  this Court at whose direction the service was made.

14  Executed on October 25, 2016, at Irvine, California.

15

16                                         _____
                                              Matthew N. Tran
17

18

19

20

21

22

23

24

25

26

27

28

10858.0062/8975116.1

PROOF OF SERVICE