1 | COURTNEY C. WENRICK (State Bar No. 286380)
ccw@severson.com
2 | SEVERSON & WERSON
A Professional Corporation
3 | The Atrium
19100 Von Karman Avenue, Suite 700
4 | Irvine, California 92612
Telephone: (949) 442-7110
5 | Facsimile: (949) 442-7118

6 | MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
7 | REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
8 | SEVERSON & WERSON
A Professional Corporation
9 | One Embarcadero Center, Suite 2600
San Francisco, California 94111
10 | Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
CREDIT ACCEPTANCE CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| MARIAH BOYKINS, | Case No. 2:16-cv-01448-JAM-AC |
|---|---|
| Plaintiff, | Hon. John A. Mendez<br>Courtroom 6, 14th Floor |
| vs. | **ORDER GRANTING STIPULATION TO CONTINUE TIME FOR PLAINTIFF TO FILE DISMISSAL** |
| CREDIT ACCEPTANCE CORPORATION, and DOES 1 through 10, inclusive, | |
| Defendant. | Action Filed:   May 16, 2016 |

1   Pursuant to the Stipulation to Continue Time for Plaintiff to File Dismissal, agreed to and
2 submitted by the parties, Plaintiff is hereby given until February 28, 2017 to file a dismissal in this
3 matter.
4   **IT IS SO ORDERED.**
5   **DATED:  1/3/2017**

6                                           /s/ John A. Mendez
7                                           UNITED STATES DISTRICT COURT JUDGE