# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAH BOYKINS, | Case No. 2:16-cv-01448-JAM-AC |
| Plaintiff, | ORDER |
| vs. | |
| CREDIT ACCEPTANCE CORPORATION and DOES 1 through 10, inclusive, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own attorney's fees, costs and expenses.

Dated this 1st day of February 2017

/s/ John A. Mendez
The Honorable John A. Mendez
United States District Court Judge